**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DISTRICT**

Allied Professionals, Inc., CareMate Corporation, Caring Needs, Inc., Care Network, Inc., Front Line Care, Inc., Help Personnel Network, Inc., Heritage Health Service, LLC, Pro Medical Staffing, Inc., Infinity Care Systems, Inc., Clinicians on the Move, Inc., Infinity Health Care, Inc. d/b/a Firstat Nursing Services, Kind Hearts, LLC, LovingCare Nursing & Home Care Services, Inc., Metropolitan Preferred Care, Ltd., Minnesota Professional Nursing Services, Inc., d/b/a MinnPro, North Star Nursing Temporary Associates, Inc., Tom Kasera, a sole proprietor d/b/a Nursing Alliance, Quality Care Consulting, Inc., Quality Touch Health Care, Inc., Rostel Nursing Care, Inc., Summit Healthcare Services Co., The Nurse Connection, Inc., Total Nursing Care, Inc., d/b/a Total Nursing Care Services, Ultimate Work Connection, Inc., First Choice Nursing Services, Inc., Efficient Medical Services, Inc., HealthStar Staffing, Inc., Lifecycle Health Services, Inc., Caring Touch Nurses, Inc., Around the Clock Nursing Care, Inc., Healthcare Options, Inc., Twenty Four Hour Temporary Services, Inc., Quest Nursing & Homecare Services, Inc., Interim HealthCare, Inc., First Resource Nursing Services, Inc., Americare Staffing Services, Inc., Angela Isenberger, an individual, and Kathy Upsher, an individual,

Plaintiffs,

vs.

Jan Malcolm in her individual capacity and in her official capacity as Minnesota's Commissioner of Health and Michael O'Keefe in his individual capacity and in his official capacity as Minnesota's Commissioner of Human Services,

Defendants.

Civil No. 01-CV-1534 (DWF/AJB)

**PRETRIAL ORDER**

SEP 21 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

At St. Paul, Minnesota, this ____ day of September, 2001.

* * *

Pursuant to Pretrial Conference convened on September 17, 2001, and in accordance with provisions of Rule 16, Federal Rules of Civil Procedure, to administer the course of this litigation in a manner which promotes the interests of justice, economy and judicial efficiency, it is --

ORDERED:

I.

The period during which the parties may conduct discovery shall terminate on October 23, 2001. Disputes with regard to discovery shall be called immediately to the Court's attention by the making of an appropriate Motion, and shall not be relied upon by any party as a justification for not adhering to the Pretrial Schedule. No further or additional discovery shall be permitted after the above date except by leave of the Court for good cause shown, and agreements between counsel which contravene the provisions of this Schedule will not be recognized.

II.

Any discovery disputes shall be resolved through a telephone conference with the undersigned Magistrate Judge on an expedited basis.

III.

That no more than 25 Interrogatories (counted in accordance with Rule 33(a), Federal Rules of Civil Procedure) shall be propounded by Plaintiffs to Defendants, and no more than 25 Interrogatories (counted in accordance with Rule 33(a), Federal Rules of Civil Procedure) shall be propounded by Defendants to the Plaintiffs, except that Defendants may modify the wording of those 25 Interrogatories to separately direct them to the two individual Plaintiffs and take into account their status as employees of supplemental nursing services agencies. Each party shall be

required to respond to no more than 25 Interrogatories in total. The parties shall serve all Interrogatories and other written discovery by September 21, 2001, and the parties shall serve responses by October 12, 2001.

IV.

That no more than 3 depositions shall be taken by Plaintiffs and no than 3 depositions shall be taken by Defendants without prior Order of the Court.

V.

That each party shall fully supplement all discovery responses according to the Federal Rules of Civil Procedure. Any evidence responsive to a discovery request which has not been disclosed on or before that date, except for good cause shown, shall be excluded from evidence at the preliminary injunction hearing and at trial.

VI.

That the parties shall serve and file simultaneous briefs on Plaintiffs' motion for a preliminary injunction by no later than October 29, 2001, and the parties shall serve and file reply briefs by no later than November 13, 2001.

X.

That the formal hearing on Plaintiffs' motion for a preliminary injunction shall be heard by the Honorable Donovan W. Frank at 11:00 a.m. on November 16, 2001. The parties have agreed that the hearing shall be upon briefs, affidavits, exhibits, and deposition testimony, and that there will not be live testimony taken at the hearing.

Dated: September 21st, 2001

BY THE COURT:

Arthur J. Boylan
UNITED STATES MAGISTRATE JUDGE

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500