**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

ALLIED PROFESSIONALS, INC., ET AL.,

Plaintiffs,

v.

STATE OF MINNESOTA, ET AL,

Defendants.

Civil No. 01-1534 DWF/AJB

**ORDER**

---

On October 16, 2001, this case came before the Court for hearing (an informal telephone conference) regarding Defendants' responses to Plaintiffs' discovery requests. Specifically, Plaintiffs objected to the manner in which Defendants set forth their claims of privilege. The Court has reviewed Defendants' responses regarding privileges and concludes that Defendants have not met the minimum requirements of FED. R. CIV. P. 26(b)(5). Although Rule 26(b)(5) does not specify the information that must be provided, the rule requires a party to give enough information to allow other parties a meaningful opportunity to assess the claim of privilege. Therefore, IT IS HEREBY ORDERED THAT:

1. With respect to every document which Defendants have withheld on grounds of privilege, Defendant shall bate stamp said documents and provide Plaintiffs, by October 19, 2001, a log that (a) identifies the documents by bate stamp number, (b) describes each document by date and by the name of the author and recipient, (c) describes the general subject matter of each document (without revealing the alleged protected material), and (d) indicates the privilege claimed.

Dated: 10/16/01

Arthur J. Boylan
United States Magistrate Judge

FILED OCT 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500