**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Allied Professionals, Inc., et al.,

Plaintiffs,

v.

Jan Malcolm in her official capacity as Minnesota's Commissioner of Health, and Michael O'Keefe in his official capacity as Minnesota's Commissioner of Human Services,

Defendants.

Civil No. 01-1534 (DWF/AJB)

**ORDER ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on plaintiff Allied Professionals, Inc.'s oral motion to compel production of documents. Conference was held by telephone on October 23, 2001, at the U.S. Courthouse, 316 No. Robert St., St. Paul, MN 55101. The parties were represented and counsel were instructed to meet and confer in an effort to resolve disputes concerning production of documents, and to the extent disputes remain with respect to particular documents, the material would be submitted to the Magistrate Judge for *in camera* inspection and determination on discoverability. Documents in dispute have now been submitted to the Court for *in camera* review, along with memorandums, affidavits, and the privilege log. Plaintiffs are represented by Richard T. Ostlund, Esq. Defendants are represented by Suzette C. Schommer, Esq., Assistant Attorney General, Jocelyn F. Olson, Esq., Assistant Attorney General, and Ann Beimbiek Kinsella, Esq., Assistant Attorney General, appeared on behalf of the defendants.

FILED OCT 29 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based upon the file in this matter, along with memorandums and affidavits of counsel, and review of *in camera* submissions, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to compel discovery of materials submitted for *in camera* review is **granted in part and denied in part** [No Docket No.]. Required responses shall be provided within five days of the date of this order.

2. Defendant Jan Malcolm, Minnesota Commissioner of Health, shall produce the following documents as identified by Bates Number on the privilege log:

MDH0001P
MDH0002P
MDH0003P
MDH0004P
MDH0004P to MDH0006P
MDH0021P to MDH0023P
MDH0156P

Production of remaining materials submitted for *in camera* review by the Minnesota Department of Health is not required.

3. Defendant Michael O'Keefe, Minnesota Commissioner of Human Services, shall produce the following documents as identified by Bates Number on the privilege log:

DHS 0142-P to 0173-P
DHS 0198-P
DHS 0200-P

The multi-page document identified as including Bates Numbers DHS 0047-P to 0053-P shall be produced in a redacted form. Production of pages DHS 0050-P to 0053-P is not required. Production of pages DHS 0047-P to 0049-P shall be required with deletions as indicated by the Court. A copy of the redacted document shall be returned to the defendants and thereafter produced to plaintiffs along with other required documents.

4. Any documents to be produced which are identified in the privilege log as being subject to privacy or confidentiality provisions of the Minnesota Data Privacy Act shall further be subject to terms of the protective order and confidential agreement between the parties in this litigation.

5. The Court shall retain copies of the privilege log and materials submitted for *in camera* inspection for a period of 30 days following the date of this Order on Motion to Compel Production.

Dated: 10/26/01

Arthur J. Boylan
United States Magistrate Judge