**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Allied Professionals, Inc.; CareMate Corporation; Caring Needs, Inc.; Front Line Care, Inc.; Help Personnel Network, Inc.; Heritage Health Service, LLC; Pro Medical Staffing, Inc.; Infinity Care Systems, Inc.; Clinicians on the Move, Inc.; Infinity Health Care, Inc. d/b/a/ Firstat Nursing Services; Kind Hearts, LLC; LovingCare Nursing & Home Care Services, Inc.; Metropolitan Preferred Care, Ltd.; Minnesota Professional Nursing Services, Inc. d/b/a MinnPro; North Star Nursing Temporary Associates, Inc.; Tom Kasera, a sole proprietor d/b/a Nursing Alliance Quality Care Consulting, Inc.; Quality Touch Health Care, Inc. d/b/a Total Nursing Care Services; Rostel Nursing Care, Inc.; Summit Healthcare Services Co.; The Nurse Connection, Inc.; Total Nursing Care Services, Inc.; Ultimate Work Connection, Inc.; First Choice Nursing Services, Inc.; Efficient Medical Services, Inc.; HealthStar Staffing, Inc.; Lifecycle Health Services, Inc.; Caring Touch Nurses, Inc.; Around the Clock Nursing Care, Inc.; Healthcare Options, Inc.; Twenty Four Hour Temporary Services, Inc.; Quest Nursing & Homecare Services, Inc.; Interim HealthCare, Inc.; First Resource Nursing Services, Inc.; Americare Staffing Services, Inc.; Angela Isenberger, an individual; Kathy Upsher, an individual, and Care Network, Inc.,

Civil No. 01-1534 (DWF/AJB)

Plaintiffs,

**ORDER**

v.

Jan Malcolm in her official capacity as Minnesota's Commissioner of Health, and Michael O'Keefe in his official capacity as Minnesota's Commissioner of Human Services,

Defendants,

and

Union Coalition of Long-Term Care Workers; Advocacy Center for Long-Term Care; League of Women Voters of Minnesota; and Alzheimer's Association,

Movants.

DEC 07 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

---

Rich Ostlund, Esq., Anthony Ostlund & Baer, P.A., 90 South Seventh Street, Suite 3600, Minneapolis, MN 55402, appeared on behalf of Plaintiffs.

Ann Beimdiek Kinsella, Esq., Tom Bailey, Esq., and Frank Ling, Esq., Office of the Attorney General, 445 Minnesota Street, St. Paul, MN 55101-2130, appeared on behalf of Defendants.

---

The above-entitled matter is before the Court on Plaintiffs' Motion to Stay the Court's November 26, 2001, Amended Order Pending Plaintiffs' Appeal to the Eighth Circuit Court of Appeals and for Clarification. With respect to the request for a stay, the Court finds that, under the circumstances of this case, a stay by this Court is not justified. With respect to the request for clarification, Plaintiffs have offered no evidence that, in fact, confusion exists. If the Defendants ultimately engage in activity which indicates some degree of confusion over the impact of the Court's order, then the motion for clarification may be renewed. At present, however, it appears unnecessary.

For the reasons stated, **IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion to Stay the Court's November 26, 2001, Amended Order Pending Plaintiffs' Appeal to the Eighth Circuit Court of Appeals and for Clarification (received and filed on December 6, 2001) is **DENIED**.

Dated: December 6, 2001

DONOVAN W. FRANK
Judge of United States District Court