**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DISTRICT**

Allied Professionals, Inc., CareMate Corporation, Caring Needs, Inc., Front Line Care, Inc., Help Personnel Network, Inc., Heritage Health Service, LLC, Pro Medical Staffing, Inc., Infinity Care Systems, Inc., Clinicians on the Move, Inc., Infinity Health Care, Inc. d/b/a Firstat Nursing Services, Kind Hearts, LLC, LovingCare Nursing & Home Care Services, Inc., Metropolitan Preferred Care, Ltd., Minnesota Professional Nursing Services, Inc., d/b/a MinnPro, North Star Nursing Temporary Associates, Inc., Tom Kasera, a sole proprietor d/b/a Nursing Alliance, Quality Care Consulting, Inc., Quality Touch Health Care, Inc., Rostel Nursing Care, Inc., Summit Healthcare Services Co., The Nurse Connection, Inc., Total Nursing Care, Inc., d/b/a Total Nursing Care Services, Ultimate Work Connection, Inc., First Choice Nursing Services, Inc., Efficient Medical Services, Inc., HealthStar Staffing, Inc., Lifecycle Health Services, Inc., Caring Touch Nurses, Inc., Around the Clock Nursing Care, Inc., Healthcare Options, Inc., Twenty Four Hour Temporary Services, Inc., Quest Nursing & Homecare Services, Inc., Interim HealthCare, Inc., First Resource Nursing Services, Inc., Americare Staffing Services, Inc., Angela Isenberger, an individual, and Kathy Upsher, an individual,

Plaintiffs,

vs.

Jan Malcolm in her official capacity as Minnesota's Commissioner of Health, and Michael O'Keefe in his official capacity as Minnesota's Commissioner of Human Services,

Defendants.

Court File No. 01-CV-1534 DWF/AJB

**ORDER**

IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed with prejudice. The parties shall bear their own costs, disbursements, and attorney fees.

A 7 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD A 7 2002
DEPUTY CLERK

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 16, 2002.

BY THE COURT:

The Honorable Donovan W. Frank
Judge of U.S. District Court

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DISTRICT**

---

Court File No. 01-CV-1534
DWF/AJB

Allied Professionals, Inc., CareMate Corporation, Caring Needs, Inc., Front Line Care, Inc., Help Personnel Network, Inc., Heritage Health Service, LLC, Pro Medical Staffing, Inc., Infinity Care Systems, Inc., Clinicians on the Move, Inc., Infinity Health Care, Inc. d/b/a Firstat Nursing Services, Kind Hearts, LLC, LovingCare Nursing & Home Care Services, Inc., Metropolitan Preferred Care, Ltd., Minnesota Professional Nursing Services, Inc., d/b/a MinnPro, North Star Nursing Temporary Associates, Inc., Tom Kasera, a sole proprietor d/b/a Nursing Alliance, Quality Care Consulting, Inc., Quality Touch Health Care, Inc., Rostel Nursing Care, Inc., Summit Healthcare Services Co., The Nurse Connection, Inc., Total Nursing Care, Inc., d/b/a Total Nursing Care Services, Ultimate Work Connection, Inc., First Choice Nursing Services, Inc., Efficient Medical Services, Inc., HealthStar Staffing, Inc., Lifecycle Health Services, Inc., Caring Touch Nurses, Inc., Around the Clock Nursing Care, Inc., Healthcare Options, Inc., Twenty Four Hour Temporary Services, Inc., Quest Nursing & Homecare Services, Inc., Interim HealthCare, Inc., First Resource Nursing Services, Inc., Americare Staffing Services, Inc., Angela Isenberger, an individual, and Kathy Upsher, an individual,

Plaintiffs,

vs.

**STIPULATION OF DISMISSAL**

Jan Malcolm in her official capacity as Minnesota's Commissioner of Health, and Michael O'Keefe in his official capacity as Minnesota's Commissioner of Human Services,

Defendants.

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties agree to the dismissal of this action, with prejudice. The parties shall bear their own costs, disbursements, and attorney fees.

FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: April 16, 2002

ANTHONY OSTLUND & BAER, P.A.

By Janel Dressen
Richard T. Ostlund #144277
John P. Boyle #186946
Janel M. Dressen #302818
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 349-6969

Attorneys for Plaintiffs

Dated: April 16, 2002

MINNESOTA ATTORNEY GENERAL'S OFFICE

By Suzette C. Schommer
Suzette C. Schommer #279304
Margaret H. Chutich #157880
NCL Tower, Suite 900
445 Minnesota Street
St. Paul, MN 55101-2127
(651) 297-1417

Attorney for Defendant Michael O'Keefe, in his official capacity as Minnesota's Commissioner of Human Services

Dated: April 16, 2002

MINNESOTA ATTORNEY GENERAL'S OFFICE

By Ann Beimdiek Kinsella
Ann Beimdiek Kinsella #256201
445 Minnesota Street, Suite 1200
St. Paul, Minnesota 55101-2130
(651) 296-6427

Attorneys for Defendant Jan Malcolm, in her official capacity as Minnesota's Commissioner of Health